June 26, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

EDWARD MAYO, Appellant

NO. 14-13-00637-CV                                V.

FIVE STAR MERCHANT SERVICES, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 24, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Edward Mayo.

We further order this decision certified below for observance.